Monte J. White & Associates, P.C.
Monte J. White, State Bar No. 00785232
1106 Brook Ave
Wichita Falls TX  76301
(940)-723-0099
(940)-723-0096 Fax

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.0970388-HDH |
| James Ronald Sappington | § | |
| | § | CHAPTER 13 |
| | § | |
| Debtor(s) | § | |
| | § | |

### MOTION TO WAIVE WAGE DIRECTIVE

NOW COMES, James Ronald Sappington, in the above-styled and numbered cause, and files this Motion to Waive Wage Directive on behalf of Debtor(s), and in support thereof would respectfully show unto the Court as follows:

1. Debtor(s) filed a Chapter 13 Bankruptcy on 8/6/2009.

2. Debtor(s) are asking the Court to waive the requirement of payroll deduction for their Chapter 13 payment. because debtor does contract labor by assignment only and does not receive a regular paycheck.

WHEREFORE, Debtor(s) James Ronald Sappington, prays that the Motion to Waive Wage Directive filed on Behalf of Debtor(s) be granted and for such other and further relief to which said Debtor(s) may be entitled, either at law or in equity.

Respectfully submitted,


/s/Monte J. White, SBN 00785232
Attorney for debtor(s)



### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the office of the Chapter 13 Trustee was contacted and this office was advised that the Trustee neither supports nor opposes the Motion.

s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

      I, Monte J. White, do hereby certify that I served a true and correct copy of the foregoing Motion to the parties listed on the following parties by ECF and/or regular mail on October 22, 2009.

CHAPTER 13 TRUSTEE
Walter O'Cheskey
6308 Iola Ave
Lubbock, TX 79424

DEBTORS
James Ronald Sappington
2803 Judson Cir
Wichita Falls, TX 76308

U.S. TRUSTEE
William T. Neary
1100 Commerce St., Rm 9SC60
Dallas, TX 75242

                s/Monte J. White
                Attorney for Debtor